1  CHARLES J. STEVENS (SBN 106981)
   TODD M. NOONAN (SBN 172962)
2  STEVENS & O'CONNELL LLP
   400 Capitol Mall, Suite 1400
3  Sacramento, California  95814
   Telephone:  (916) 329-9111
4  Facsimile:  (916) 329-9110

5  Attorneys for Defendants SCHOOL INNOVATIONS
   AND ADVOCACY, INC. and KEVIN GORDON
6
   CHRIS GIBSON (SBN 073353)
7  MARALEE MACDONALD (SBN 208699)
   BOUTIN DENTINO GIBSON DI GIUSTO HODELL, INC.
8  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814
9  Telephone:  (916) 321-4444
   Facsimile:  (916) 441-7597
10
   Attorneys for Plaintiffs AXIOM ADVISORS AND
11 CONSULTANTS, INC. and DEAN GETZ

12
                    UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA

14

15 AXIOM ADVISORS AND CONSULTANTS,        CASE NO. 05-02395 FCD PAN (JFM)
   INC. and DEAN GETZ,
16                                         STIPULATION AND ORDER TO ELECT
                Plaintiffs,                REFERRAL OF ACTION TO VOLUNTARY
17                                         DISPUTE RESOLUTION PROGRAM
         v.                                (VDRP) PURSUANT TO LOCAL RULE 16-
18                                         271
   SCHOOL INNOVATIONS AND ADVOCACY,
19 INC. and KEVIN GORDON,

20              Defendants.

21      Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to

22 the Voluntary Dispute Resolution Program.

23 DATED:  April 21, 2006              STEVENS & O'CONNELL LLP

24

25
                                       By: /s/ Todd M. Noonan
26                                          TODD M. NOONAN
                                            Attorneys for Defendants
27                                          SCHOOL INNOVATIONS AND
                                            ADVOCACY, INC. and KEVIN GORDON
28
                                            1

Stevens &
O'Connell LLP
              STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP
              Case. No. 05-02395

1

2    DATED:  April 21, 2006                    BOUTIN DENTINO GIBSON Di GIUSTO
                                               HODELL, INC.
3

4
                                               By: /s/ Chris Gibson (as authorized on April 20, 2006)
5                                                  CHRIS GIBSON
                                                   Attorneys for Plaintiffs
6                                                  AXIOM ADVISORS AND CONSULTANTS,
                                                   INC. and DEAN GETZ
7

8

9

10

11   IT IS SO ORDERED.

12   DATED:  April 21, 2006                    /s/ Frank C. Damrell Jr                              .
                                               UNITED STATES DISTRICT COURT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Stevens &
O'Connell LLP

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP
Case. No. 05-02395