CHARLES J. STEVENS (SBN 106981)
TODD M. NOONAN (SBN 172962)
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendants SCHOOL INNOVATIONS AND ADVOCACY, INC. and KEVIN GORDON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AXIOM ADVISORS AND CONSULTANTS, INC. and DEAN GETZ,<br><br>Plaintiffs,<br><br>v.<br><br>SCHOOL INNOVATIONS AND ADVOCACY, INC. and KEVIN GORDON,<br><br>Defendants. | CASE NO. 05-02395 FCD PAN (JFM)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that the action is hereby DISMISSED WITH PREJUDICE pursuant to F.R.Civ.Proc. Rule 41(a)(1). The Court shall retain jurisdiction for the limited purpose of enforcement of the parties' settlement agreement.

DATED: August 21, 2006                    STEVENS & O'CONNELL LLP


                                          By: /s/ Todd M. Noonan
                                              TODD M. NOONAN
                                              Attorneys for Defendants
                                              SCHOOL INNOVATIONS AND
                                              ADVOCACY, INC. and KEVIN GORDON

1

Stevens & O'Connell LLP

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case. No. 05-02395

DATED: August 21, 2006          BOUTIN DENTINO GIBSON Di GIUSTO
                                HODELL, INC.


                                By: /s/ Chris Gibson
                                    CHRIS GIBSON
                                    Attorneys for Plaintiffs
                                    AXIOM ADVISORS AND CONSULTANTS,
                                    INC. and DEAN GETZ


IT IS SO ORDERED.


DATED: August 22, 2006          /s/ Frank C. Damrell Jr.
                                UNITED STATES DISTRICT COURT JUDGE

Stevens &
O'Connell LLP

2

STIPULATION FOR DISMISSAL WITH PREJUDICE
Case. No. 05-02395